## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAPHNE RODENBAUGH,       :

             Plaintiff    :

    v.                 :    3:13-CV-1825

                    :    (JUDGE MARIANI)

JOSEPH F. LEARY, et al.,   :

                :

        Defendants   :

FILED
SCRANTON

JUL 3 1 2013

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 31st TH DAY OF JULY 2013**, upon *de novo* review of Magistrate

Judge Carlson's Report & Recommendation (Doc. 3), Plaintiff's Objections thereto (Doc. 5),

and the Complaint (Doc. 1), **IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation (Doc. 3) is **ADOPTED**.

2. The Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

3. Accordingly, the Motion to Release Witnesses and Identity of Mr. Doe (Doc. 4) is

   **DENIED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge